IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-01966-STV

CARA FUNK

        Plaintiff,

v.

JFRCO, LLC

        Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, CARA FUNK Plaintiff and JFRCO, LLC Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

## STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:    October 13, 2022    FOR CARA FUNK, Plaintiff

                                                BY:    */S/   R. Bruce Tharpe*
                                                R. Bruce Tharpe
                                                PO Box 101
                                                Olmito, Texas 78575
                                                (956) 255-5111 - Office
                                                (866) 599-2596 - Fax

                                                      Texas State Bar ID No. 19823800
Colorado State Bar ID No. 54500
Federal Bar ID 13098

DATED:   October 13, 2022   FOR JFRCO, LLC, Defendant

BY:   */s/   **Brent Zaterman**
Mr. Brent Zaterman
Managing Member, JFRCO, LLC
2000 South Colorado Blvd., Suite 2-750
Denver, CO 80222
(303) 854-9121